IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHARITY JONES,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN GREER and<br>BUTTE-SILVER BOW PRIMARY<br>HEALTH CARE CLINIC,<br>d/b/a SOUTHWEST MONTANA<br>COMMUNITY HEALTH CENTER,<br><br>Defendants. | CV-21-76-BU-BMM<br><br>**ORDER** |

Defendant, Jordan Greer (Greer) has moved for an order allowing Deanne McClung, Esq., to appear *pro hac vice* in this case with Brian Taylor, Esq., designated as local counsel. The application of Ms. McClung appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Greer's motion to allow Ms. McClung to appear on Greer's behalf (Doc. 12) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. McClung must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. McClung, not the law firm he work for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. McClung must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 9th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court