# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CHARITY JONES,<br><br>        Plaintiff,<br><br>    vs.<br><br>JORDAN GREER,<br><br>        Defendant. | CV 21-76-BU-BMM<br><br>SCHEDULING ORDER |

The Court held a telephonic preliminary pretrial conference on this matter on February 15, 2022, at the Missouri River Federal Courthouse in Great Falls. Lawrence Henke represented Plaintiff. Brian Taylor and Deanne McClung represented Defendant Jordan Greer. Victoria Francis represented Defendant United States of America.

After discussion with the parties, **IT IS ORDERED:**

1. Plaintiff is directed to file an Amended Complaint by March 1, 2022.

2. Defendant United States of America shall serve a responsive pleading in accordance with Federal Rule of Civil Procedure 12(c).

1

3. Any party may commence discovery immediately upon providing the Rule 26(a)(1) Initial Disclosure to all parties. Fed. R. Civ. P. 26(d).

DATED this 15th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court