IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHARITY JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>JORDAN GREER and UNITED STATES OF AMERICA,<br><br>            Defendants. | CV 21-76-BU-BMM<br><br>ORDER |

Defendant United States, having filed an unopposed motion for leave for counsel to appear remotely at the January 31, 2023 settlement conference, and good cause appearing,

1

IT IS ORDERED that the motion (Doc. 55) is GRANTED. Counsel for the United States, AUSAs Abbie Cziok and Randy Tanner, may appear remotely at the settlement conference. The United States is responsible for the remote appearance.

DATED this 27th day of January, 2023.

John Johnston
United States Magistrate Judge

2